NO. 07-07-0402-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

NOVEMBER 9, 2007
_____

JAMES WAYNE IRONS, SR.,

                                        Appellant

v.

THE STATE OF TEXAS,

                                        Appellee
_____

FROM THE 258th DISTRICT COURT OF POLK COUNTY;

NO. 19,491; HON. ELIZABETH COKER, PRESIDING
_____

***ON MOTION TO DISMISS***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant James Wayne Irons, Sr., by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


                                        Brian Quinn
                                        Chief Justice

Do not publish.